NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUPP COMPUTING AS,**
*Appellant*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-1495, 2023-1496

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01236, IPR2021-01237.

---

**JUDGMENT**

---

DANIEL NOAH LERMAN, Kramer Levin Naftalis & Frankel LLP, Washington, DC, argued for appellant. Also represented by PAUL J. ANDRE, JAMES R. HANNAH, Redwood Shores, CA; JEFFREY PRICE, New York, NY.

PETER JOHN SAWERT, Office of the Solicitor, United

States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by PETER J. AYERS, AMY J. NELSON, MICHAEL TYLER.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and STARK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2025
Date

Jarrett B. Perlow
Clerk of Court